USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/2/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

VIRGILIO ACEVEDO DE LOS SANTOS,

-----------------------------------------------------------X

21 Cr. 673 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The status conference scheduled for today March 2, 2022 is adjourned to **March 8, 2022** at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
       March 2, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE