USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff,

       -against-

Virgilio Acevedo De Los Santos,

                             Defendant.

------------------------------------------------------------------ x

21-CR-673 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **September 20, 2022** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 8, 2022

                                                     _____
                                                     ANDREW L. CARTER, JR.
                                                     United States District Judge